# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

DEBRA ANN ROBICHAUX AND
ELIZABETH SAMUEL HOFFMANN

VERSUS

BAKER PILE DRIVING & SITE
WORK, LLC, ST. TAMMANY
PARISH, GRAY INSURANCE
COMPANY OF LOUISIANA,
VOLKERT, INC., ABC INSURANCE
COMPANY, TERRACON, INC AND
XYZ INSURANCE COMPANY

NO.   2024 CW 0476

**AUGUST 5, 2024**

---

In Re:    Debra Ann Robichaux and Elizabeth Samuel Hoffman, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 202011431.

---

**BEFORE:    GUIDRY, C.J., PENZATO AND STROMBERG, JJ.**

**WRIT DENIED.**

AHP
TPS

Guidry, C.J., concurs. The criteria set forth in **Herlitz Const. Co., Inc. v. Hotel Investors of New Iberia, Inc.**, 396 So.2d 878 (La. 1981) (*per curiam*), are not met.

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT